8/30/2023

To whom it may concern,

I am writing about docket No. 23-1892. I wrote before regarding my husband Stephen Hela's black lung case. He had a lay representative in his case. She cannot help us at the circuit court. I would like to request that I, Georgetta Hela, his surviving wife be substituted in his case before the circuit court. Again, since the lay representative can't help me, I need more time to find a lawyer to help me with my husband's case before the circuit court. I cannot do this myself.

Thank you for your help,

Georgetta Hela

Georgetta Hela
280 Perry Rd.
Perryopolis, PA 15473